
USCA1 Opinion

	




       [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit





No. 98-2107

                       GIUSEPPE PELLERITO,

                      Plaintiff, Appellant,

                                v.

                          UNITED STATES,

                       Defendant, Appellee.



           APPEAL FROM THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF PUERTO RICO

          [Hon. Jose Antonio Fuste, U.S. District Judge]



                              Before

                     Boudin, Circuit Judge,
                Campbell, Senior Circuit Judge,
                   and Stahl, Circuit Judge.
                                
                                
                                
                                
     Giuseppe Pellerito on brief pro se.
     Guillermo Gil, United States Attorney, Miguel A. Fernandez,
Assistant United States Attorney, and Rebecca Vargas-Vera,
Assistant United States Attorney, on brief for appellee.





May 12, 1999



                                
                                


            Per Curiam.  Upon careful review of the briefs and
  record, we find no basis for this appeal from the district
  court's order dated August 3, 1998.  That order essentially
  granted the relief sought by petitioner in his pro se  2255
  motion, and it adopted the parties' agreed payment plan, which
  plan petitioner personally ratified by his affidavits.  This
  court is not the proper forum in the first instance for a claim
  of present inability to comply with the August 3 order. 
  Petitioner's claim of ineffective assistance of counsel is
  wholly frivolous. 
            Affirmed.  See 1st Cir. Loc. R. 27.1.
  
  
  
  
  
  
  
  
  
  
  
  
  


